**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DAVID KINZIE, individually and as Beneficiary Under the Pilar Kinzie Employee Stock Ownership Plan, The Bank of New York Company, Inc. and on behalf of Pilar Kinzie, deceased**

                        **Plaintiff,**                1:14-cv-1191
                                                                    (GLS/CFH)

                **v.**

**U.S. DEPARTMENT OF LABOR**
**EMPLOYEE BENEFITS SECURITY**
**ADMINISTRATION**

                        **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Office of William A. Brenner<br>P.O. Box 369<br>157 Main Street<br>Grahamsville, New York 12740 | WILLIAM A. BRENNER, ESQ. |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Christian F. Hummel,

duly filed on June 6, 2016. (Dkt. No. 31.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 31) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the action be DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to effectuate timely service upon the defendant U.S. Department of Labor Employee Benefits Security Administration; and it is further

**ORDERED** that the clerk is directed to close this case; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

July 5, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge